UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:09-CR-387-JCM-PAL |
| vs. | ) |
| JASON ALEXANDER SHIMADA | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#32), sentencing held on March 2, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US BANK
Amount of Restitution: $3,100.00

Name of Payee: BANK OF THE WEST
Amount of Restitution: $568.00

**Total Amount of Restitution ordered:** $3,668.00

Dated May 2, 2018.

_____
UNITED STATES DISTRICT JUDGE